**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV12-00427 JAK (RZx) | Date | October 16, 2012 |
| Title | Andranik Khandzhyan v. Wells Fargo Bank National Association, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDNG PLAINTIFF'S FAILURE TO COMPLY WITH COURT'S OCTOBER 1, 2012 ORDER REGARIDNG SANCTIONS TO BE PAID IN THE AMOUNT OF $250**

On September 10, 2012, Plaintiff failed to appear at the Post Mediation Status Conference at which time the Court set an Order to Show Cause Hearing for October 1, 2012, and ordered a declaration to be filed no later than September 17, 2012 explaining the non-appearance. On October 1, 2012, the Court imposed sanctions in the amount of $250, which were ordered to be paid no later than October 11, 2012, for Plaintiff's failure to file a declaration and appear at the September 10, 2012 and October 1, 2012 hearings.

The Court sets an Order to Show Cause Hearing for October 22, 2012 at 8:30 a.m., regarding Plaintiff's failure to comply with the Court's Order and pay sanctions in the amount of $250. Should Plaintiff fail to pay the sanctions prior to the October 22, 2012 hearing, which is also set for a hearing on Defendants' Motion to Dismiss, and/or fail to appear, the Court will issue an Order to Show Cause re Contempt.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |