# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRANIK KHANDZHYAN, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1; JPMORGAN CHASE BANK, N.A.; and DOES 1 through 20, Inclusive,<br><br>           Defendants. | Case No.  LA CV 12-00427 JAK (RZx)<br><br>**JUDGMENT**<br><br>JS-6<br><br>Hon. John A. Kronstadt |

       Pursuant to this Court's October 22, 2012 Order Dismissing Action with Prejudice [Dkt. No. 48],

1     IT IS HEREBY ADJUDGED that Plaintiff Andranik Khandzhyan
2 ("Plaintiff")'s claims are all dismissed with prejudice, that Plaintiff shall take nothing
3 by his Second Amended Complaint in this action, and that the above-captioned
4 Defendants shall have judgment against Plaintiff on all claims.

6 Dated: November 27, 2012     _____
                                       Honorable John A. Kronstadt
                                       Judge of United States District Court

9 ///

10 ///

11 ///


Case 2:12-cv-00427-JAK-RZ   Document 50   Filed 11/27/12   Page 3 of 3   Page ID #:1254

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE