**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRANIK KHANDZHYAN, an individual,<br><br>          Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1; JPMORGAN CHASE BANK, N.A.; and DOES 1 through 20, Inclusive,<br><br>          Defendants. | Case No.  LA CV 12-00427 JAK (RZx)<br><br>**JUDGMENT**<br><br>JS-6<br><br>Hon. John A. Kronstadt |

      Pursuant to this Court's October 22, 2012 Order Dismissing Action with Prejudice [Dkt. No. 48],

---

JUDGMENT OF DISMISSAL

1  IT IS HEREBY ADJUDGED that Plaintiff Andranik Khandzhyan
2  ("Plaintiff")'s claims are all dismissed with prejudice, that Plaintiff shall take nothing
3  by his Second Amended Complaint in this action, and that the above-captioned
4  Defendants shall have judgment against Plaintiff on all claims.

6  Dated: November 27, 2012  _____
                             Honorable John A. Kronstadt
                             Judge of United States District Court

9  ///

10 ///

11 ///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE